**Bryant Elliott Davis**

Plaintiff,

v.

**Director John Marvin Brown**
**Gaudenzia, Inc.**

Defendant

JKB 16 CV 2516

_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

JUL 0 8 2016

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

I am filing this complaint under a 1983 civil rights violation based on Director, John Marvin Brown of Gaudenzia, Inc. "maliciously" denying the plaintiff a "ceremony" and certificate of completion of the "MRT" program in which the plaintiff was court ordered to complete (see case no WDQ-03-0412). The plaintiff completed the program in June of 2015 and as recent as 2 weeks ago received his "certificate of completion" via e-mail from Director John Marvin Brown.

The plaintiff has had previous issues with Ms. Chrystal Burston, a probation agent assigned to the plaintiff upon release and to supervise the plaintiff's participation and completion of the court ordered "MRT" program. Ms. Burston, the plaintiff's federal probation agent refused to assist the plaintiff with obtaining housing, identification, license, social security card, federal programs to assist disabled parolees and assistance with medication for Bipolar Disorder. The plaintiff than complained to Ms. Burston's supervisor (all conversations were taped because the plaintiff has reasonable suspicion to believe that the plaintiff's civil rights were being violated). As a result, Ms. Burston whom has a relationship/friendship with Director John Marvin Brown to deny the plaintiff the ceremony and certificate of completion of the "'MRT" program to prove I didn't comply with the courts order. She sent monthly reports to the court showing he plaintiff did not complete the program. The plaintiff contacted Director Marvin Brown directly and asked "for a year" for this certificate and provided the e-mail address. Mr. Brown "deliberately denied the plaintiff this certificate". The plaintiff's file was then transferred to federal probation agent "Ms. Alycia Anderson". The plaintiff moved from "Baltimore" to "Anne Arundel County" and as a result had to begin "uranalysis" at "Anne Arundel Counseling". The plaintiff asked a counselor there to please help me to get my certificate of completion. This counselor was then told by federal Probation Agent, Ms. Anderson "there's no reason why Mr. Davis should be asking for a certificate because he did not complete the program". The plaintiff then filed a complaint with the "Human Resources Department" and as a result "in retaliation" Mr. Brown contacted federal probation agent, Ms. Alycia Anderson whom contacted the plaintiff and "threatened" the plaintiff and told the plaintiff "do not contact your Human Resources at Gaudenzia, Inc. again". Even though under the law the plaintiff has a right to do so. (See the mandate of the ADA is clear "no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied benefits of services, programs or activities of a public entity, or be subjected to discrimination by any such entity," 42 U.S.C. § 12132) These pyramid of professionals worked in concert with each other to deny the plaintiff proof of completion of the program with Director John Marvin Brown at the helm by not providing the plaintiff with participation in a commonly practiced "ceremony and subsequent certificate of completion" and assistance with getting medication for Bipolar Disorder, Personality Style Disorder, and Impulse Disorder, even though the plaintiff has a history of psychiatric issues. The plaintiff's file and monthly reports to the court did not include the plaintiff's proof showing completion of the MRT program. The clear objective was to show that the plaintiff did not adhere to a court ordered program. These combined individuals maliciously and deliberately refused to assist the plaintiff with psychiatric medication and counseling.

Director John Marvin Brown further refused to assist the plaintiff again, working in concert with these agents for psychiatric treatment for "Bipolar Disorder", "Personality Style Disorder" and "Impulse Disorder". As a result the plaintiff has went through "extreme anxiety attacks", racing thoughts, insomnia, "extreme rage" and "mental anguish" because of these denials. As a result the plaintiff seeks:

1. $250,000 dollars in punitive damages.
2. Psychiatric medication and Psychological Counseling.
3. Director John Marvin Brown to be fired based on these civil rights violations.

These combined actions are so egregious that they "shock the conscious".

It is this 25th day of June, 2016.

Bryant Davis

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served to defendant this day by depositing a copy in the U.S. Mail, properly addressed as follows:

Gaudenzia, Inc.
Corporate Headquarters
106 West Main Street
Norristown, PA  19401

This the 25th day of June, 2016

Bryant Davis